**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **RONALD J. SOUCIE,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | **CIVIL NO. 2:14-CV-06-DBH** |
| | ) | |
| **DEBORAH DUBOIS, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On January 23, 2014, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, her Recommended Decision. The time within which to file an objection expired on February 10, 2014, and no objection has been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion to proceed *informa pauperis* is **DENIED**. The Complaint is **DISMISSED** for the plaintiff's failure to prosecute this action and for want of jurisdiction over the subject matter.

**SO ORDERED.**

**DATED THIS 18TH DAY OF FEBRUARY, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**